UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANGELINA ALMONTE,

                Plaintiff,

-v-

                CIVIL ACTION NO.: 24 Civ. 4624 (SLC)

**ORDER**

EL NUEVO VALLE SEAFOOD RESTAURANT CORP., et al.,

                Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, a United States Magistrate Judge will conduct all further proceedings in this case, including but not limited to any decisions on motions, any jury or nonjury trial, and/or the entry of a final judgment. An appeal from a judgment entered by a Magistrate Judge, if any, is taken directly to the United States Court of Appeals in the same manner as an appeal from any other judgment of this district court.

Magistrate Judge Sarah L. Cave will manage general pretrial matters and dispositive motions. General pretrial matters include scheduling discovery, non-dispositive pretrial motions, and settlement. All pretrial motions and applications, including those relating to scheduling and discovery, and dispositive motions must be made to Judge Cave and in compliance with this Court's Individual Practices, available on the Court's website at https://nysd.uscourts.gov/hon-sarah-l-cave.

The parties met and conferred in accordance with Fed. R. Civ. P. 26(f) and submitted a Proposed Case Management Plan and Scheduling Order before consenting to Magistrate Judge

jurisdiction. (ECF Nos. 9; 9-1). Accordingly, it is ORDERED that on or before **October 9, 2024**, the parties shall file a Report of Rule 26(f) Meeting and Proposed Case Management Plan, via ECF, signed by counsel for each party. A template is available at https://www.nysd.uscourts.gov/hon-sarah-l-cave.

To the extent the parties disagree about any portion of the Proposed Case Management Plan, they may set forth their respective proposals for the disputed provision, <u>without argument</u>.

Dated:   New York, New York
         September 25, 2024

SO ORDERED.

*[signature: Sarah L. Cave]*

**SARAH L. CAVE**
**United States Magistrate Judge**

2