UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANGELINA ALMONTE,

                Plaintiff,

-v-

EL NUEVO VALLE SEAFOOD RESTAURANT CORP., et al.,

                Defendants.

CIVIL ACTION NO.: 24 Civ. 4624 (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Defendants' unopposed motion to adjourn conference (ECF No. 17) is **GRANTED**. The telephone status conference currently scheduled for Thursday, December 5, 2024 at 10:00 a.m. is **ADJOURNED** to **Monday, January 27, 2025 at 11:00 a.m.** on the Court's Microsoft Teams platform. The parties are directed to call: (646) 453-4442; Phone conference ID: 532 654 617#, at the scheduled time.

The Clerk of Court is respectfully directed to close ECF No. 17.

Dated:      New York, New York
              December 4, 2024

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**