# LAW OFFICES OF MARTIN E. RESTITUYO, P.C.

1325 Avenue of the Americas, 28th Floor,            28 Valley Road
New York, New York 10019                  Montclair, NJ 07042

Martin E. Restituyo
Tel: 212-729-7900
Fax: 212-729-7490
restituyo@restituyolaw.com

January 23, 2025

**VIA ECF**

Sarah L. Cave
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Courtroom 18A
New York, New York 10007

Re: *Almonte v El Nuevo Valle Seafood Rest. Corp*.; Ca No. 1:24-cv-04624 (VSB)

Dear Judge Cave

       This firm represents the defendants in the above-referenced matter. With the consent of Plaintiff's counsel, we write to respectfully request an adjournment of the telephone conference scheduled for Monday, January 29, 2025, at 11:00 am. Due to a scheduling conflict, Yours Truly is unable to attend the conference as scheduled.

       Additionally, we would like to inform that parties are actively engaging in settlement discussions and have scheduled a mediation session for February 21, 2025. To allow the mediation to proceed without disruption and to focus our efforts on resolving this matter, we respectfully request that the Court adjourn the conference until after the mediation has concluded.

       We are happy to provide the Court with an update on the status of the mediation and any progress toward settlement in advance of the rescheduled conference. Counsel are available for the conference during the week after the mediation.

       We thank the Court for its time and consideration of this request.

Yours truly,

Martin E. Restituyo, Esq.

---

The parties' request at ECF No. 19 is **GRANTED**. The telephone conference set for January 29, 2025 (ECF No. 18) is **ADJOURNED** to **Tuesday, February 25, 2025 at 10:00 a.m.** on the Court's Microsoft Teams Platform. The parties are directed to call: (646) 453-4442; phone conference ID: 532 654 617#, at the scheduled time.

The Clerk of Court is respectfully directed to close ECF No. 19.

SO ORDERED.   January 24, 2025

SARAH L. CAVE
United States Magistrate Judge