# Law Offices of Colin Mulholland

Employment and Civil Litigation

| | |
|---|---:|
| 36-36 33rd Street | Telephone: (347) 687-2019 |
| Suite 308 | cmulhollandesq@gmail.com |
| Astoria, NY 111036 | |

February 24, 2025

The Honorable Sarah L. Cave
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

        Re: Almonte v. El Nuevo Valle Seafood Restaurant Corp. et al.
        24-cv-4624 (SLC)

Your Honor,

    The parties have reached a settlement at their February 21, 2025 mediation session. If the Court would so permit, the parties would ask that the conference for tomorrow be adjourn sine dine and the parties permitted 30 days to submit their Cheeks motion, this matter arises under the Fair Labor Standards Act.

---

The Court congratulates the parties on reaching a settlement. Accordingly, their requests at ECF No. 21 are **GRANTED.** The telephone conference set for February 25, 2025 (ECF No. 20) is **CANCELLED.** On or before **March 24, 2025**, the parties shall file their <u>Cheeks</u> submission.

The Clerk of Court is respectfully directed to close ECF No. 21.

SO ORDERED.   February 24, 2025

*/s/ Sarah L. Cave*
SARAH L. CAVE
United States Magistrate Judge

---

*/s/Colin Mulholland, Esq.*
Colin Mulholland, Esq.
36-36 33rd Street, Suite 308
Astoria, New York 11106
Telephone: (347) 687-2019
*Attorney for Plaintiff*