# Law Offices of Colin Mulholland

Employment and Civil Litigation

| | |
|---|---|
| 36-36 33rd Street<br>Suite 308<br>Astoria, NY 111036 | Telephone: (347) 687-2019<br>cmulhollandesq@gmail.com |

March 24, 2025

The Honorable Sarah L. Cave
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

        Re: Almonte v. El Nuevo Valle Seafood Restaurant Corp. et al.
        24-cv-4624 (SLC)

Your Honor,

    The parties have a draft agreement out for review and comment. If the Court would so permit, Plaintiff would respectfully request an additional three weeks to submit the Cheeks motion in this matter.

---

Plaintiff's request at ECF No. 24 is **GRANTED**. The deadline for the parties to file their Cheeks submission is **EXTENDED** up to and including **April 14, 2025**.

The Clerk of Court is respectfully directed to close ECF No. 24.

SO ORDERED.   March 25, 2025

*/s/* SARAH L. CAVE
United States Magistrate Judge

---

*/s/Colin Mulholland, Esq.*
Colin Mulholland, Esq.
36-36 33rd Street, Suite 308
Astoria, New York 11106
Telephone: (347) 687-2019
*Attorney for Plaintiff*