# Law Offices of Colin Mulholland

Employment and Civil Litigation

36-36 33rd Street  
Suite 308  
Astoria, NY 111036

Telephone: (347) 687-2019  
cmulhollandesq@gmail.com

April 14, 2025

The Honorable Sarah L. Cave  
Daniel Patrick Moynihan  
United States Courthouse  
500 Pearl St.  
New York, NY 10007-1312

Re: Almonte v. El Nuevo Valle Seafood Restaurant Corp. et al.  
24-cv-4624 (SLC)

Your Honor,

The parties are still exchanging edits and proposed language for our long form agreement. If the Court would so permit, Plaintiff would respectfully request an additional three weeks to submit the Cheeks motion in this matter. This is the second request for an extension and it is made on consent.

---

The parties' request at ECF No. 26 is **GRANTED**. The deadline for the parties to file their Cheeks submission is **EXTENDED** up to and including **May 5, 2025**.

The Clerk of Court is respectfully directed to close ECF No. 26.

SO ORDERED.   April 15, 2025

_____  
SARAH L. CAVE  
United States Magistrate Judge

---

/s/Colin Mulholland, Esq.  
Colin Mulholland, Esq.  
36-36 33rd Street, Suite 308  
Astoria, New York 11106  
Telephone: (347) 687-2019  
*Attorney for Plaintiff*