# Law Offices of Colin Mulholland

Employment and Civil Litigation

36-36 33rd Street  
Suite 308  
Astoria, NY 111036

Telephone: (347) 687-2019  
cmulhollandesq@gmail.com

May 5, 2025

The Honorable Sarah L. Cave  
Daniel Patrick Moynihan  
United States Courthouse  
500 Pearl St.  
New York, NY 10007-1312

Re: Almonte v. El Nuevo Valle Seafood Restaurant Corp. et al.  
24-cv-4624 (SLC)

Your Honor,

The parties have encountered an expected difficulty in obtaining executed copies of a long form agreement. The parties would respectfully request one more week to try to work out these difficulties with our clients.

---

The parties' request at ECF No. 28 is **GRANTED.** The deadline for them to submit their Cheeks submission is **EXTENDED** up to and including **May 12, 2025.**

The Clerk of Court is respectfully directed to close ECF No. 28.

SO ORDERED.   May 6, 2025

_____  
SARAH L. CAVE  
United States Magistrate Judge

---

*/s/Colin Mulholland, Esq.*  
Colin Mulholland, Esq.  
36-36 33rd Street, Suite 308  
Astoria, New York 11106  
Telephone: (347) 687-2019  
*Attorney for Plaintiff*