UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANGELINA ALMONTE,

                Plaintiff,

-v-

EL NUEVO VALLE SEAFOOD RESTAURANT CORP., et al.,

                Defendants.

CIVIL ACTION NO. 24 Civ. 4624 (SLC)

**ORDER**

---

**SARAH L. CAVE,** United States Magistrate Judge.

Plaintiff moved for an order of final judgment based on the parties' agreement to settle this action after alternative dispute resolution proceedings. (ECF No. 32 (the "Motion")). On or before **May 30, 2025**, Defendants shall file a response to the Motion. On or before **June 6, 2025**, Plaintiff may file a reply.

An **in-person conference** to discuss the Motion is scheduled for **Wednesday, June 11, 2025 at 10:00 a.m. ET** in Courtroom 17A, 500 Pearl Street, New York, New York.

Dated:     New York, New York
            May 20, 2025

SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**