UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANGELINA ALMONTE,

              Plaintiff,

-v-

EL NUEVO VALLE SEAFOOD RESTAURANT CORP., et al.,

              Defendants.

CIVIL ACTION NO. 24 Civ. 4624 (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Counsel for Defendants, Martin E. Restituyo, Esq., moved to withdraw. (ECF No. 34). Mr. Restituyo and a representative of Defendants shall attend the June 11, 2025 in-person conference. (See ECF No. 33). The May 30, 2025 deadline for Defendants to respond to Plaintiff's Motion for Judgment is **ADJOURNED** pending the June 11, 2025 conference. (See ECF Nos. 32; 33).

Dated:      New York, New York
             May 30, 2025

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**