# Law Offices of Colin Mulholland

Employment and Civil Litigation

| | |
|---|---|
| 36-36 33rd Street<br>Suite 308<br>Astoria, NY 111036 | Telephone: (347) 687-2019<br>cmulhollandesq@gmail.com |

June 6, 2025

The Honorable Sarah L. Cave
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: Almonte v. El Nuevo Valle Seafood Restaurant Corp. et al.
24-cv-4624 (SLC)

Your Honor,

Plaintiff would respectfully request that the June 11, 2025 in-person conference be adjourned. I have an in-person appearance in Central Islip set by Magistrate Judge Steven Locke also for 10:00 A.M. on June 11, 2025. I cannot physically be in the two places at once.

Defendants consent to this adjournment. And the parties are continuing to speak regarding this pending motion in hopes of a resolution so an adjournment here might be very helpful. If the Court would permit this adjournment, the parties would respectfully request that an adjourned date not be set for June 23, 24, 27 or 30 if possible.

---

Plaintiff's request at ECF No. 38 is **GRANTED.** The June 11, 2025 conference (ECF No. 33) is **ADJOURNED** to **June 18, 2025 at 2:15 p.m.** in Courtroom 9A, 500 Pearl Street, New York, NY.

The Clerk of Court is respectfully directed to close ECF No. 38.

SO ORDERED.    June 9, 2025

*/s/ Sarah L. Cave*
SARAH L. CAVE
United States Magistrate Judge

---

*/s/Colin Mulholland, Esq.*
Colin Mulholland, Esq.
36-36 33rd Street, Suite 308
Astoria, New York 11106
Telephone: (347) 687-2019
*Attorney for Plaintiff*