UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANGELINA ALMONTE,

                Plaintiff,

-v-

EL NUEVO VALLE SEAFOOD RESTAURANT CORP., et al.,

                Defendants.

CIVIL ACTION NO.: 24 Civ. 4624 (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone conference held today, June 18, 2025, a telephone conference is scheduled for **Thursday, June 26, 2025, at 5:00 p.m. ET** on the Court's conference line. Counsel for the parties are directed to call: (855) 244-8681; access code: 2308 226 4654, at the scheduled time.

Dated:    New York, New York
            June 18, 2025

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**