# Law Offices of Colin Mulholland

Employment and Civil Litigation

36-36 33rd Street  
Suite 308  
Astoria, NY 111036

Telephone: (347) 687-2019  
cmulhollandesq@gmail.com

June 26, 2025

The Honorable Sarah L. Cave  
Daniel Patrick Moynihan  
United States Courthouse  
500 Pearl St.  
New York, NY 10007-1312

Re: Almonte v. El Nuevo Valle Seafood Restaurant Corp. et al.  
24-cv-4624 (SLC)

Your Honor,

The parties would mutually request leave to adjourn the 5:00 P.M. conference to an hour at the Court's convenience next Thursday.

Counsel for Plaintiff and Defendants have been working very diligently to follow through on the resolution we discussed last week before the Court. The Defendants have dispatched a check only just today – which is confirmed with a tracking number today – in line with the discussions we had at our last conference. That check is due to arrive Saturday according to USPS. If the check clears then the parties anticipate submitting a Rule 68 offer on Wednesday.

Counsel apologizes for the last minute notice – we have been trying to move as fast as the litigants allow.

---

The parties' request at ECF No. 43 is **GRANTED**. The Court is closed on Thursday, July 3, 2025 in observance of Independence Day. Accordingly, the telephone conference set for Thursday, June 26, 2025 (ECF No. 42) is **ADJOURNED** to **Tuesday, July 1, 2025 at 4:00 p.m. ET** on the Court's conference line. Counsel are directed to call: (855) 244-8681; access code: 2308 226 4654, at the scheduled time.

The Clerk of Court is respectfully directed to close ECF No. 43.

SO ORDERED.  June 26, 2025

*Sarah L. Cave*  
SARAH L. CAVE  
United States Magistrate Judge

---

*/s/Colin Mulholland, Esq.*  
Colin Mulholland, Esq.  
36-36 33rd Street, Suite 308  
Astoria, New York 11106  
Telephone: (347) 687-2019  
*Attorney for Plaintiff*